463 A.2d 54

Commonwealth v. Bendig, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued December 13, 1982.   Martha A. Morris, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.